1 | LYNN HUBBARD, III (CA SBN 69773)
2 | SCOTTLYNN J. HUBBARD, IV (CA SBN 212970)
　　 DISABLED ADVOCACY GROUP, APLC
3 | 12 Williamsburg Lane
　　 Chico, California 95926
　　 Telephone: 530-895-3252
4 | Facsimile: 530-894-8244
　　 usdcso@hubslaw.com
5
　　 Attorneys for Plaintiff BARBARA HUBBARD
6
　　 RICK BERGSTROM (CA SBN 169594)
7 | MORRISON & FOERSTER LLP
　　 12531 High Bluff Drive, Suite 100
8 | San Diego, California  92130-2040
　　 Telephone: 858-720-5100
9 | Facsimile: 858-720-5125
　　 RBergstrom@mofo.com
10
　　 Attorneys for Defendant MCDONALD'S CORPORATION
11
12 　　　　　　　　　　　UNITED STATES DISTRICT COURT
13 　　　　　　　　　　　SOUTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| BARBARA HUBBARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JILL LINDSTEDT  dba McDONALD'S #1557;<br>McDONALD'S CORPORATION,<br><br>　　　　　Defendants. | Case No.   08 CV 1110 DMS (BLM)<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |

1  **PLEASE TAKE NOTICE** that plaintiff Barbara Hubbard ("plaintiff") and defendant
2  McDonald's Corporation ("defendant"), hereby jointly move the Court for an order allowing
3  defendant an extension of time in which to file a responsive pleading to plaintiffs' Complaint to
4  and including August 14, 2008.
5  Said extension of time is supported by good cause in that the additional time will permit
6  defendant to gather further evidence regarding plaintiffs' allegations.

7  Dated: July 14, 2008                                DISABLED ADVOCACY GROUP, APLC

9                                                      s/Lynn Hubbard, III
                                                       Attorneys for Plaintiff
10                                                     Barbara Hubbard
                                                       E-mail: usdcso@hubslaw.com
11
12 Dated: July 14, 2008                                MORRISON & FOERSTER

14                                                     s/Rick Bergstrom
                                                       Attorneys for Defendant
15                                                     McDonald's Corporation
                                                       E-mail: Rbergstrom@mofo.com

1  RICK BERGSTROM (CA SBN 169594)
   MORRISON & FOERSTER LLP
2  12531 High Bluff Drive, Suite 100
   San Diego, California  92130-2040
3  Telephone: 858-720-5100
   Facsimile: 858-720-5125
4  RBergstrom@mofo.com

5  Attorneys for Defendant MCDONALD'S CORPORATION

6

7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11 | BARBARA HUBBARD,                          | Case No.   08 CV 1110 DMS (BLM)
12 |              Plaintiff,                   | **PROOF OF SERVICE**
13 |     v.                                    |
14 | JILL LINDSTEDT dba McDONALD'S #1557;      |
   | McDONALD'S CORPORATION,                   |
15 |                                           |
   |              Defendants.                  |
16

17      I, Rick Bergstrom, declare:

18      I am employed in the City and County of San Diego, California.  I am over the age of 18

19 years and not a party to the within action.  My business address is 12531 High Bluff Drive, Suite

20 100, San Diego, CA  92130.

21      On July 14, 2008 I caused the following documents to be served:

22
   **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT
23 MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING TO
   PLAINTIFFS' COMPLAINT**
24

25

26 **On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF
   system under the above-referenced case caption and number, including the parties
27 identified below.**

28

---

                                  1                Case No. 08 CV 1110 DMS (BLM)
                                                   JOINT MOTION FOR EXTENSION OF TIME
sd-433552

Lynn Hubbard, III
Scottlynn J. Hubbard, IV
Disabled Advocacy Group APLC
12 Williamsburg Lane
Chico, CA 95926
Tel: 530-895-3252
Fax: 530-894-8244
Attorneys for Plaintiff Barbara Hubbard

**In the following manner:**

\_\_\_\_\_(BY UNITED PARCEL SERVICE)  I placed each such sealed envelope, to be collected at Morrison & Foerster, San Diego, California, following ordinary business practices.  I am familiar with the practice of Morrison & Foerster for collection and processing of overnight packages, said practice being that in the ordinary course of business, overnight packages are picked up by a representative of that company to be sent that same day.

_____(BY PERSONAL SERVICE)  I caused such envelope to be personally served through World Wide Attorney Service, whose address is 701 B Street, Suite 324, San Diego, CA  92101.  Proof of personal service will be filed upon receipt.

\_\_\_\_ (BY MAIL)  I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Morrison & Foerster, San Diego, California, following ordinary business practices.  I am familiar with the practice of Morrison & Foerster for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_(BY FACSIMILE)  Pursuant to agreement of counsel, I transmitted the above documents by facsimile to the referenced facsimile number(s).

\_\_X\_\_\_(BY NOTICE OF ELECTRONIC FILING)  I delivered a true copy of the above-referenced document(s) by Notice of Electronic Filing generated by the Court's CM/ECF system, pursuant to the Court's Local Rules, to the addressee(s) listed above.

I declare under penalty of perjury under the laws of the State of California that this declaration was signed on July 14, 2008 at San Diego, California.

                                        s/Rick Bergstrom