UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JILL LINDSTEDT dba McDONALD'S #1557;<br>McDONALD'S CORPORATION,<br><br>　　　　　Defendants. | Case No.   08 CV 1110 DMS (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING** |

　　Good cause appearing, the parties' joint motion for extension of time is **GRANTED**.  **IT IS FURTHER ORDERED** that defendant McDonald's Corporation shall file a responsive pleading to plaintiff's Complaint on or before August 14, 2008.

　　**IT IS SO ORDERED.**

Dated: July 14, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Dana M. Sabraw,
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge