1 | Cathy L. Arias, CASB# 141989
BURNHAM BROWN
2 | A Professional Law Corporation
P.O. Box 119
3 | Oakland, California 94604

4 | 1901 Harrison Street, 11th Floor
Oakland, California 94612
5 | Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
6 | Email:    carias@burnhambrown.com

7 | Attorneys for Defendant
JILL LINDSTEDT dba McDONALD'S #1557

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

BARBARA HUBBARD,

    Plaintiff,

v.

LILL LINDSTEDT dba McDONALD'S #1557; McDONALD'S CORP.,

    Defendants.

No. 08 CV 1110 DMS BLM

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Barbara Hubbard ("Plaintiff's") and Defendant Jill Lindstedt dba McDonald's (McDonald's), through their counsel, stipulate that McDonald's time to answer or otherwise plead and respond to Plaintiff's complaint shall be extended. McDonald's is to answer or otherwise plead and respond on or before August 20, 2008.

////
////
////
////
////

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT     1     Case No. 08 CV 1110 DMS BLM

This stipulation will not alter the date of any hearing or conference set by the Court.

DATED: July 31, 2008

BURNHAM BROWN

_____
CATHY ARIAS
Attorneys for Defendant
JILL LINDSTEDT dba McDONALD'S

DATED: July __, 2008

DISABLED ADVOCACY GROUP, APLC

_____
LYNN HUBBARD
Attorney for Plaintiff
BARBARA HUBBARD

877136

| STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT | 2 | Case No. 08 CV 1110 DMS BLM |