Cathy L. Arias, CASB# 141989
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: carias@burnhambrown.com

Attorneys for Defendant
JILL LINDSTEDT dba McDONALD'S #1557

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>Plaintiff,<br><br>v.<br><br>LILL LINDSTEDT dba McDONALD'S #1557; McDONALD'S CORP.,<br><br>Defendants. | No. 08 CV 1110 DMS BLM<br><br>PROOF OF SERVICE RE: STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; and ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

////
////
////
////
////
////
////
////
////

PROOF OF SERVICE RE STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT     1     Case No. 08 CV 1110 DMS BLM

| | |
|---|---|
| Re: | Barbara Hubbard v. Jill Lindstedt dba McDonald's #1557, et al. |
| Court: | United States District Court, Southern District of California |
| Action No: | 08 CV 1110 DMS BLM |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 11th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On August 4, 2008, I served the following document(s) in the following manner(s):

- STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
- ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT [PROPOSED]

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon on the date and place shown below following ordinary business practice. I am familiar with this business' practice for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Lynn Hubbard, III
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Tel: (503) 895-3252
Fax: (530) 894-8244
E-mail: usdcso@hubslaw.com

Attorneys for Plaintiff,
BARBARA HUBBARD

Richard J. Bergstrom
MORRISON & FOERSTER, LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Tel: (858) 720-5100
Fax: (858) 720-5125
E-mail: rbergstrom@mofo.com

Attorneys for Defendant,
McDONALD'S CORPORATION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: August 4, 2008

Kellie L. Cabico

877714