1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA HUBBARD, | No. 08 CV 1110 DMS BLM |
| Plaintiff, | **ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| LILL LINDSTEDT dba McDONALD'S #1557; McDONALD'S CORP., | |
| Defendants. | |

Pursuant to the stipulation between the parties,

IT IS HEREBY ORDERED that Defendant Jill Lindstedt dba McDonald's response to Plaintiff Barbara Hubbard's complaint is due to be served and filed on or before August 20, 2008.

The stipulation does not alter the date of any hearing or conference set by the Court.

DATED: August 11, 2008     _____
JUDGE, UNITED STATES DISTRICT COURT

877665