1  LYNN HUBBARD, III (CA SBN 69773)
   SCOTTLYNN J. HUBBARD, IV (CA SBN 212970)
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, California 95926
   Telephone: 530-895-3252
4  Facsimile: 530-894-8244
   usdcso@hubslaw.com
5
   Attorneys for Plaintiff BARBARA HUBBARD
6
   RICK BERGSTROM (CA SBN 169594)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California  92130-2040
   Telephone: 858-720-5100
9  Facsimile: 858-720-5125
   RBergstrom@mofo.com
10
   Attorneys for Defendant MCDONALD'S CORPORATION
11

12                    UNITED STATES DISTRICT COURT

13                   SOUTHERN DISTRICT OF CALIFORNIA

14

15  BARBARA HUBBARD,                    Case No.   08 CV 1110 DMS (BLM)

16              Plaintiff,              **JOINT MOTION FOR
                                        EXTENSION OF TIME FOR
17       v.                             DEFENDANT MCDONALD'S
                                        CORPORATION TO FILE A
18  JILL LINDSTEDT  dba McDONALD'S #1557; RESPONSIVE PLEADING TO
    McDONALD'S CORPORATION,             PLAINTIFFS' COMPLAINT**
19
                Defendants.
20

---

1                                          Case No. 08 CV 1110 DMS (BLM)
                                           JOINT MOTION FOR EXTENSION OF TIME

sd-433316

1   **PLEASE TAKE NOTICE** that plaintiff Barbara Hubbard ("plaintiff") and defendant
2   McDonald's Corporation ("defendant"), hereby jointly move the Court for an order allowing
3   defendant an additional extension of time in which to file a responsive pleading to plaintiffs'
4   Complaint to and including September 4, 2008.
5       Said extension of time is supported by good cause in that the additional time will permit
6   defendant to continue gathering evidence regarding plaintiffs' allegations.

7   Dated:  August 14, 2008                                  DISABLED ADVOCACY GROUP, APLC

9                                                            s/Lynn Hubbard, III
                                                             Attorneys for Plaintiff
10                                                           Barbara Hubbard
                                                             E-mail: usdcso@hubslaw.com

12  Dated:  August 14, 2008                                  MORRISON & FOERSTER

14                                                           s/Rick Bergstrom
                                                             Attorneys for Defendant
15                                                           McDonald's Corporation
                                                             E-mail: Rbergstrom@mofo.com

| | |
|---|---|
| 1 | RICK BERGSTROM (CA SBN 169594)<br>MORRISON & FOERSTER LLP |
| 2 | 12531 High Bluff Drive, Suite 100<br>San Diego, California  92130-2040 |
| 3 | Telephone: 858-720-5100<br>Facsimile: 858-720-5125 |
| 4 | RBergstrom@mofo.com |
| 5 | Attorneys for Defendant MCDONALD'S CORPORATION |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JILL LINDSTEDT  dba McDONALD'S #1557;<br>McDONALD'S CORPORATION,<br><br>　　　　　Defendants. | Case No.   08 CV 1110 DMS (BLM)<br><br>**PROOF OF SERVICE** |

I, Rick Bergstrom, declare:

I am employed in the City and County of San Diego, California.  I am over the age of 18 years and not a party to the within action.  My business address is 12531 High Bluff Drive, Suite 100, San Diego, CA  92130.

On August 14, 2008 I caused the following documents to be served:

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

**On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption and number, including the parties identified below.**

---

sd-433552

1

Case No. 08 CV 1110 DMS (BLM)
JOINT MOTION FOR EXTENSION OF TIME

1  Lynn Hubbard, III
   Scottlynn J. Hubbard, IV
2  Disabled Advocacy Group APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Tel:  530-895-3252
4  Fax:  530-894-8244
   Attorneys for Plaintiff Barbara Hubbard
5
   **In the following manner:**
6
   \_\_\_\_\_(BY UNITED PARCEL SERVICE)  I placed each such sealed envelope, to be collected at
7  Morrison & Foerster, San Diego, California, following ordinary business practices.  I am familiar
   with the practice of Morrison & Foerster for collection and processing of overnight packages, said
8  practice being that in the ordinary course of business, overnight packages are picked up by a
   representative of that company to be sent that same day.
9
   _____(BY PERSONAL SERVICE)  I caused such envelope to be personally served through
10 World Wide Attorney Service, whose address is 701 B Street, Suite 324, San Diego, CA  92101.
   Proof of personal service will be filed upon receipt.
11
   \_\_\_\_ (BY MAIL)  I placed each such sealed envelope, with postage thereon fully prepaid for
12 first-class mail, for collection and mailing at Morrison & Foerster, San Diego, California,
   following ordinary business practices.  I am familiar with the practice of Morrison & Foerster for
13 collection and processing of correspondence, said practice being that in the ordinary course of
   business, correspondence is deposited in the United States Postal Service the same day as it is
14 placed for collection.  I am aware that on motion of the party served, service is presumed invalid
   if postal cancellation date or postage meter date is more than one day after date of deposit for
15 mailing in affidavit.

16 \_\_\_\_(BY FACSIMILE)  Pursuant to agreement of counsel, I transmitted the above documents by
   facsimile to the referenced facsimile number(s).
17
     X   (BY NOTICE OF ELECTRONIC FILING)  I delivered a true copy of the above-
18 referenced document(s) by Notice of Electronic Filing generated by the Court's CM/ECF system,
   pursuant to the Court's Local Rules, to the addressee(s) listed above.
19
         I declare under penalty of perjury under the laws of the State of California that this
20 declaration was signed on August 14, 2008 at San Diego, California.

21                                                 s/Rick Bergstrom

22

23

24

25

26

27

28

                                          2       Case No. 08 CV 1110 DMS (BLM)
                                                  JOINT MOTION FOR EXTENSION OF TIME
   sd-433552