UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>            Plaintiff,<br><br>     v.<br><br>JILL LINDSTEDT dba McDONALD'S #1557;<br>McDONALD'S CORPORATION,<br><br>            Defendants. | Case No.   08 CV 1110 DMS (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING** |

Good cause appearing, the parties' joint motion for extension of time is **GRANTED**. **IT IS FURTHER ORDERED** that defendant McDonald's Corporation shall file a responsive pleading to plaintiff's Complaint on or before September 4, 2008.

**IT IS SO ORDERED.**

Dated:  August 14, 2008

Dana M. Sabraw,
United States District Court Judge